UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:93mj259 -DCK |
|---|---|---|
| v. | ) ) ) | **ORDER TO DISMISS THE COMPLAINT** |
| (1) SANDERS DOUGLAS BOWERS | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss The Complaint" (Document No. 2) filed March 4, 2016. Leave of Court is hereby granted for the dismissal of the criminal complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

Signed: March 15, 2016

David C. Keesler
United States Magistrate Judge